JUDGE LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. CR05-5605RBL<br>) |
| TIMOTHY JAY FICH, | ) ORDER OF DISMISSAL<br>) |
| Defendant. | )<br>) |

### ORDER

Upon motion of the United States pursuant to F.R.Crim. Proc. 48(a), the pending information is HEREBY DISMISSED without prejudice.

DATED this 6th day of January, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Rule 48 - 1
CR 05-5605